UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HARRY M. REID, | Case No. 2:22-cv-01072-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Before the Court is Defendant's Motion to be Relieved of Providing CD Copy of the Certified Administrative Record. ECF No. 10. Defendant states that an electronic copy of the certified administrative record (the "e-CAR") has been prepared and can be filed in this matter. *Id*. at 3. However, given the Social Security Administration and Office of Appellate Operations' limited staff on-site, Defendant is unable to provide a CD of the e-CAR to the Court. *Id*. Defendant therefore requests that she be relieved of the requirement of preparing a CD of the e-CAR, and instead be allowed to file the e-CAR under seal on CM/ECF, providing all case participants with access to the e-CAR. *Id*.

IT IS HEREBY ORDERED that Defendant's Motion to be Relieved of Providing CD Copy of the Certified Administrative Record (ECF No. 10) is GRANTED.

IT IS FURTHER ORDERED that Defendant is relieved of her obligations to provide a CD of the e-CAR to Plaintiff's counsel and the Court.

DATED this 12th day of September, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1