JASON M. FRIERSON, NVSBN 7709
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARRY M. REID, </br> </br> Plaintiff, </br> </br> v. </br> </br> KILOLO KIJAKAZI, </br> Commissioner of Social Security, </br> </br> Defendant. | Case No.: 2:22-cv-01072-EJY </br> </br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** </br> (***FIRST REQUEST***) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 21, filed on December 2, 2022), currently due on January 3, 2023, by 30 days, through and including February 2, 2023. Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order (Dkt. No. 18) be extended accordingly. Plaintiff's optional reply shall therefore be due on February 22, 2023.

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Defendant respectfully requests this additional time because counsel is currently in the process of determining if a settlement agreement is possible. If the case cannot be settled, then

Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Motion to Reversal and/or Remand. This request is made in good faith and with no intention to unduly delay the proceedings.

On December 21, 2022, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and/or Remand, through and including February 2, 2023.

Dated: December 22, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 22, 2022